AO91 (Rev. 12/03)  Criminal Complaint                                                                 AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**        **CRIMINAL COMPLAINT**
               **vs.**
                                                             Case Number: 7:19-po-03394

Noe De Jesus FLORES-Valladares
IAE
El Salvador 1997

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 29, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Noe De Jesus FLORES-Valladares was encountered by Border Patrol Agents near Los Ebanos, Texas on January 29, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on January 29, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/  Meador, Kellen   Border Patrol Agent
Signature of Complainant

Meador, Kellen     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 31, 2019                                         at     McAllen, Texas
Date                                                                   City/State

Juan F Alanis          Magistrate Judge
Name of Judge      Title of Judge                                 Signature of Judge